M. Taylor Florence, SBN 159695
Gaurav Kalra, SBN 219483
Darcy L. Muilenburg, SBN 233787
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501
taylor.florence@bullivant.com

Attorneys for Defendant
AERO UNION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODRICH CARGO SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AERO UNION CORPORATION, a California corporation,<br><br>Defendant. | Case No.: C 06 6226 CRB<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties to the above-entitled action jointly submit this stipulation to continue the Case Management Conference. Goodrich Cargo Systems LLC and Aero Union Corporation have scheduled a settlement meeting for January 9, 2007. The parties are currently scheduled to appear for a Case Management Conference on January 5, 2007. The parties jointly request that the Case Management Conference be continued to January 12, 2007 to ensure the parties can meaningfully discuss the case calendar after determining the propensity for early resolution.

– 1 –
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE

1 | Dated: January 3, 2007

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLC

By _____
Mark J. Linderman

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

Dated: January 3, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Gaurav Kalra

Attorneys for Defendant
AERO UNION CORPORATION

IT IS HEREBY ORDERED.

January 4, 2006

By _____
Charles R. Bryer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

4238137.1

— 2 —

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE