1  M. Taylor Florence, SBN 159695
   Gaurav Kalra, SBN 219483
2  Darcy L. Muilenburg, SBN 233787
   BULLIVANT HOUSER BAILEY PC
3  1415 L Street, Suite 1000
   Sacramento, California 95814
4  Telephone: 916.930.2500
   Facsimile: 916.930.2501
5  taylor.florence@bullivant.com

6  Attorneys for Defendant
   AERO UNION CORPORATION
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | GOODRICH CARGO SYSTEMS, LLC, a    | Case No.: C 06 6226 CRB
   | Delaware corporation,             |
12 |                                   | STIPULATION AND ORDER TO
   |           Plaintiff,              | CONTINUE CASE MANAGEMENT
13 |                                   | CONFERENCE
   | vs.                               |
14 |                                   |
   | AERO UNION CORPORATION, a California |
15 | corporation,                      |
   |                                   |
16 |           Defendant.              |

17

18      The parties to the above-entitled action jointly submit this stipulation to continue the

19 Case Management Conference. As a result of a January 9, 2007 settlement meeting, Goodrich

20 Cargo Systems LLC and Aero Union Corporation have reached a tentative settlement. The

21 parties are currently scheduled to appear for a Case Management Conference on January 12,

22 2007. The parties jointly request that the Case Management Conference be continued to

23 February 23, 2007, to ensure the parties have sufficient time to finalize the settlement. As soon

24 as a finalized settlement agreement is executed, the parties will inform the Court.

25      ///

26      ///

27      ///

28      ///

— 1 —

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: January 10, 2007 | Respectfully submitted, |
| 2 | | SONNENSCHEIN NATH & ROSENTHAL LLC |
| 4 | | By _____ |
| | | Matt Marostica |
| 5 | | Attorneys for Plaintiff |
| 6 | | GOODRICH CARGO SYSTEMS, LLC |
| 8 | Dated: January 10, 2007 | BULLIVANT HOUSER BAILEY PC |
| 10 | | By _____ |
| | | Gaurav Kalra |
| 11 | | Attorneys for Defendant |
| 12 | | AERO UNION CORPORATION |

IT IS HEREBY ORDERED that the Case Management Conference is continued to ~~February 23, 2007~~.  March 23, 2007 at 8:30 a.m.

January 10, 2007          By_____
                          Charles R. Bryer
                          United S[tates]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4238137.2

– 2 –

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE