MARK J. LINDERMAN (State Bar No. 144685)
MATTHEW MAROSTICA (State Bar No. 233446)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

M. TAYLOR FLORENCE (State Bar No. 159695)
GAURAV KALRA (State Bar No. 219483)
DARCY L. MUILENBURG (State Bar No. 233787)
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

Attorneys for Defendant
AERO UNION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODRICH CARGO SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AERO UNION CORPORATION, a California corporation,<br><br>Defendant. | Case No.: C 06 6226 CRB<br><br>STIPULATION TO EXTEND TIME TO ANSWER |

Pursuant to Northern District of California Local Rule 6-1(a), the parties to the above-entitled action jointly submit this stipulation to extend the date by which Goodrich Cargo Systems, LLC must answer Aero Union Corporation's counterclaim until March 29, 2007.

| | | |
|---|---|---|
| 1 | Dated: February 27, 2007 | Respectfully submitted, |
| 2 | | SONNENSCHEIN NATH & ROSENTHAL LLC |
| 3 | | |
| 4 | | By _____ |
| | | Matt Marostica |
| 5 | | |
| | | Attorneys for Plaintiff |
| 6 | | GOODRICH CARGO SYSTEMS, LLC |
| 7 | | |
| 8 | Dated: February 27, 2007 | BULLIVANT HOUSER BAILEY PC |
| 9 | | |
| 10 | | By _____ |
| | | Gaurav Kalra |
| 11 | | |
| | | Attorneys for Defendant |
| 12 | | AERO UNION CORPORATION |

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

March 1, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000