MARK J. LINDERMAN (State Bar No. 144685)
MATTHEW MAROSTICA (State Bar No. 233446)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

M. TAYLOR FLORENCE (State Bar No. 159695)
GAURAV KALRA (State Bar No. 219483)
DARCY L. MUILENBURG (State Bar No. 233787)
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

Attorneys for Defendant
AERO UNION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODRICH CARGO SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AERO UNION CORPORATION, a California corporation,<br><br>Defendant. | Case No.: C 06 6226 CRB<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties to the above-entitled action jointly submit this stipulation to continue the Case Management Conference. The parties have agreed to settle this case and have agreed to the general parameters of that settlement. The parties are currently negotiating terms of payment and other details of the settlement agreement. The parties are currently scheduled to appear for a Case Management Conference on March 23, 2007. The parties jointly request that the Case

Management Conference be continued to April 27, 2007, to ensure the parties have sufficient time to finalize the settlement. As soon as the finalized settlement agreement is executed, the parties will inform the court.

Dated: March 13, 2007

Respectfully submitted,
SONNENSCHEIN NATH & ROSENTHAL LLC

By /s/ Matt Marostica
Matt Marostica

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

Dated: March 13, 2007

BULLIVANT HOUSER BAILEY PC

By /s/ Gaurav Kalra
Gaurav Kalra

Attorneys for Defendant
AERO UNION CORPORATION

27262700\V-1

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 16, 2007

-1-
Stipulation and Order to Continue Case Management Conference