MARK J. LINDERMAN (State Bar No. 144685)
MATTHEW MAROSTICA (State Bar No. 233446)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

M. TAYLOR FLORENCE (State Bar No. 159695)
GAURAV KALRA (State Bar No. 219483)
DARCY L. MUILENBURG (State Bar No. 233787)
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

Attorneys for Defendant
AERO UNION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODRICH CARGO SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AERO UNION CORPORATION, a California corporation,<br><br>Defendant. | Case No.: C 06 6226 CRB<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties to the above-entitled action jointly submit this stipulation to continue the Case Management Conference. The parties have settled this case. Payments required under the terms of the settlement agreement are scheduled to be made monthly until September 15, 2007. The parties are currently scheduled to appear for a Case Management Conference on April 27, 2007. The parties jointly request that the Case Management Conference be continued to

Stipulation And Order to Continue Case Management Conference

1   October 05, ~~September 29~~, 2007, so that the Court may retain jurisdiction to enforce the terms of the

2   settlement agreement, if necessary.

3

4

5   Dated: April 17, 2007

    Respectfully submitted,
    SONNENSCHEIN NATH & ROSENTHAL LLC

6

7   By _____
        Matt Marostica
8

9   Attorneys for Plaintiff
    GOODRICH CARGO SYSTEMS, LLC
10

11

12  Dated: April 17, 2007          BULLIVANT HOUSER BAILEY PC

13
    By _____
14      Gaurav Kalra

15  Attorneys for Defendant
    AERO UNION CORPORATION
16

17

18

19  27262700V-1

20

21

22

23

24

25

26

27

28

-1-
Stipulation and Order to Continue Case Management Conference

1 | IT IS SO ORDERED.

2 | Dated: April 20, 2007

3 | _____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000