1  MARK J. LINDERMAN (State Bar No. 144685)
   MATTHEW MAROSTICA (State Bar No. 233446)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Plaintiff
   GOODRICH CARGO SYSTEMS, LLC
6
   M. TAYLOR FLORENCE (State Bar No. 159695)
7  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
8  Sacramento, CA 95814
   Telephone: (916) 930-2500
9  Facsimile: (916) 930-2501

10 Attorneys for Defendant
   AERO UNION CORPORATION
11

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

   | GOODRICH CARGO SYSTEMS, LLC, a Delaware corporation, | Case No.: C 06 6226 CRB |
   |---|---|
   | Plaintiffs, | STIPULATION AND ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR |
   | vs. | |
   | AERO UNION CORPORATION, a California corporation, | |
   | Defendant. | |

23         The parties have settled this case. The Court agreed to retain jurisdiction to enforce the

24 terms of the settlement agreement, if necessary. Payments required under the terms of the

25 settlement agreement were scheduled to be made monthly through September of 2007. All

26 payments required under the settlement agreement have now been made.   A case management

27 conference is not required. The parties submit this proposed order to take the case management

28 conference, set for October 5, 2007 at 1:30 p.m. off calendar.

Stipulation And Order to Continue Case Management Conference

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   Dated: September 25, 2007

2

3

4

5

6

7

8   Dated: September 25, 2007

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLC

By _____
Matt Marostica

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

BULLIVANT HOUSER BAILEY PC

By _____
M. Taylor Florence

Attorneys for Defendant
AERO UNION CORPORATION

IT IS SO ORDERED.

Dated:  October 1  , 2007

Hon. Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

-1-
Stipulation and Order to Continue Case Management Conference