MARK J. LINDERMAN (State Bar No. 144685)
MATTHEW MAROSTICA (State Bar No. 233446)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

M. TAYLOR FLORENCE (State Bar No. 159695)
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

Attorneys for Defendant
AERO UNION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODRICH CARGO SYSTEMS, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AERO UNION CORPORATION, a California corporation,<br><br>Defendant. | Case No.: C 06 6226 CRB<br><br>JOINT STIPULATION TO DISMISS GOODRICH CARGO SYSTEMS, LLC'S COMPLAINT AND AERO UNION CORPORATION'S COUNTERCLAIM |

The parties to the above-entitled action jointly submit this stipulation. Pursuant to Federal Rule of Civil Procedure 41 and the Settlement Agreement between the parties, Goodrich Cargo Systems, LLC ("Goodrich") and Aero Union Corporation ("Aero Union") agree as follows:

1. Goodrich dismisses its complaint against Aero Union in the above-entitled action with prejudice.

2. Aero Union dismisses its counterclaim against Goodrich in the above-entitled action with prejudice.

3. Each party is to bear its own costs and attorneys' fees.

Dated: September 25, 2007

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLC

By _____
Matt Marostica

Attorneys for Plaintiff
GOODRICH CARGO SYSTEMS, LLC

Dated: September 25, 2007

BULLIVANT HOUSER BAILEY PC

By _____
M. Taylor Florence

Attorneys for Defendant
AERO UNION CORPORATION

IT IS SO ORDERED.

Dated: October 1, 2007

Hon. Charles R. Breyer
United S[tates]

IT IS SO ORDERED
Judge Charles R. Breyer

-1-

Stipulation to Dismiss Complaint and Counterclaim